UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD JONES,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 2:18-cv-649-FtM-38CM

BANK OF AMERICA and REVERSE
MORTGAGE SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER[1]

Before the Court is Defendants Bank of America, N.A. and Reverse Mortgage Solutions, Inc.'s Motion to Dismiss. (Doc. 17). The Court denies without prejudice the motion because United States Magistrate Judge Carol Mirando is still deciding *pro se* Plaintiff Donald Jones' request to proceed *in forma pauperis*. Judge Mirando previously found the complaint not to state a cognizable claim in federal court and did not comply with Federal Rules of Civil Procedure 8 and 10. (Doc. 4). As such, she denied without prejudice Jones' Affidavit of Indigency and gave him leave to file an amended pleading – which he did (Doc. 10). But she has not yet reviewed the Amended Complaint for plausibility and procedural compliance. Nor has she ruled on Jones' *in forma pauperis* status and, in turn, service. The Court thus denies Defendants' motion to dismiss.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

Defendants Bank of America, N.A. and Reverse Mortgage Solutions, Inc.'s Motion to Dismiss (Doc. 17) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of November 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:     United States Magistrate Judge Carol Mirando
            All Parties of Record