UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD JONES,

    Plaintiff,

v.                                    Case No: 2:18-cv-649-FtM-38CM

BANK OF AMERICA and
REVERSE MORTGAGE
SOLUTIONS, INC.,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Explain the Delay Case Order and Track Two Notice filed on November 20, 2018. Doc. 25. In the motion, Plaintiff notes that the Related Case Order and Track Two Notice was filed on the docket on October 9, 2018 and claims he did not receive it in the mail until November 10, 2018. *Id.* The motion attaches his completed Notice of Pendency of Other Actions and Certificate of Interested Persons as well as a letter from the United States Postal Service. Doc. 25-1. Plaintiff filed an identical motion with the same exhibits on November 15, 2018, which the Court granted on November 19, 2018. Docs. 20, 21. Thus, Plaintiff's motion will be denied as moot.

ACCORDINGLY, it is

**ORDERED:**

Plaintiff's Motion to Explain the Delay Case Order and Track Two Notice (Doc. 25) is **DENIED as moot.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of November, 2018.

/s/ Carol Mirando
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
*Pro se* parties